1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   MARY ANNETTE HEGAR,

10              Plaintiff,                        Case No. C16-5266RSL

11      v.

12   CAROLYN W. COLVIN, Acting                    ORDER GRANTING PLAINTIFF'S
     Commissioner, Social Security               UNOPPOSED MOTIONS TO
13   Administration,                              WITHDRAW DOCUMENT AND
                                                  FOR LEAVE TO FILE EXCESS
14              Defendant.                        PAGES

15          This matter comes before the Court on plaintiff's motion to withdraw Docket No. 39, Dkt.

16   # 40, and plaintiff's motion for leave to file excess pages, Dkt. # 41.  These motions are

17   unopposed and therefore GRANTED.

18

19          DATED this 13th day of December, 2016.

20

21                                               _Mr S Lasnik_____

22                                               Robert S. Lasnik
                                                 United States District Judge
23

24

25

26

27   ORDER GRANTING PLAINTIFF'S UNOPPOSED
     MOTIONS TO WITHDRAW DOCUMENT AND FOR
28   LEAVE TO FILE EXCESS PAGES - 1