UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY ANNETTE HEGAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration,<br><br>　　　　Defendant. | Case No. C16-5266RSL<br><br>ORDER FOR EAJA FEES AND EXPENSES |

　　Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the total amount of $7,313.00, and expenses in the amount of $20.10 (for postage) shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and Astrue v. Ratliff, 130 S. Ct. 2521 (2010).

　　If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees and expenses are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and the check for expenses shall be made payable to Plaintiff's attorney, Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney; and mailed to her office:

　　　　Law Office of Nancy J. Meserow
　　　　7540 S.W. 51st Ave.
　　　　Portland, OR
　　　　97219

ORDER FOR EAJA FEES AND EXPENSES - 1

Whether the check is made payable to Plaintiff or to her attorney, Nancy J. Meserow, the check shall be mailed to Attorney Meserow at the address as indicated *supra*.

DATED this 14th day of March, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER FOR EAJA FEES AND EXPENSES - 2